DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BARBARA WILLIAMS,** as Personal Representative of the **ESTATE OF ELISE WILLIAMS,**
Appellant,

v.

**PALM GARDEN OF WEST PALM BEACH, LLC,** d/b/a **PALM GARDEN OF WEST PALM BEACH,**
Appellee.

No. 4D2024-1184

[October 23, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Sherman, Judge; L.T. Case No. 502020CA007854.

Grace Mackey Streicher and Andrew A. Harris of Harris Appeals, P.A., Palm Beach Gardens, for appellant.

Matthew J. Conigliaro of Carlton Fields, P.A., Tampa, and Kirsten K. Ullman of Ullman Bursa Law, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE, and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***